# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 21-668 (TNM)** |
| | : | **NOTICE OF APPEARANCE** |
| **MICK CHAN** | : | **SUBSTITUTION OF COUNSEL** |
| Defendant | : | |

PLEASE TAKE NOTICE that A. J. Kramer, Federal Public Defender for the District of Columbia, has reassigned **Peter Carter** and **K. Anthony Thomas**, Assistants Federal Public Defender, to represent **Mick Chan**, in the above-captioned case, and are substituting for **Michelle M. Peterson**, Assistant Federal Public Defender.

Date: 12/13/2021

Respectfully submitted,

/s/ Peter Carter
Peter Carter

/s/ K. Anthony Thomas
K. Anthony Thomas

Assistants Federal Public Defender
1002 Broad Street
Newark, New Jersey 07102
(973) 645-6347

Attorney for Defendant