AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of __Columbia__

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-cr-668-TNM |
| Mick Chan | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mick Chan.

Date: 2/18/22

*Attorney's signature*

Peter Carter, AFPD
*Printed name and bar number*

1002 Broad Street, Newark, NJ

*Address*

Peter_Carter@fd.org
*E-mail address*

9736934995
*Telephone number*

9736934995
*FAX number*