UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-CR-00668-TNM |
| | : | |
| MICK CHAN, | : | |
| | : | |
| Defendant. | : | |

**JOINT MOTION TO CONTINUE PLEA AGREEMENT
HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America and Defendant, Mick Chan, through counsel move this Court for a 30-day continuance of the plea agreement hearing set for March 25, 2022, and further to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendants in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).  In support of its motion, the parties state as follows:

1. Defendant is charged by Information with misdemeanor offenses related to crimes that occurred at the United States Capitol on January 6, 2021.

2. This Court held its first status conference for Mr. Chan on December 14, 2021.  A second status conference was held on February 18, 2022.  A plea agreement hearing is currently scheduled for March 25, 2022.

3. The parties intend to resolve this matter by plea and have made progress in resolving Mr. Chan's case, however, the parties need additional time to finalize the terms of the agreement and formalize the agreement in writing.

4. The parties have conferred and agree that a 30-day continuance of the plea agreement

hearing in needed and appropriate.

5. The parties also agreed to toll the Speedy Trial Act from the date this Court enters an Order on this motion through and including the date of the next hearing.

Accordingly, the parties respectfully request that this Court grant this motion to continue the plea agreement hearing set for March 25, 2022 for an additional 30 days and that the Court exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*. from the date this Court enters an Order on this motion through and including the date of the next hearing on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and Mr. Chan in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

        /s/ *Matthew Moeder*
        Matthew Moeder
        Assistant United States Attorney
        MO Bar No. 64036
        400 East 9th Street, Room 5510
        Kansas City, Missouri 64106
        (816) 426-4103
        Matthew.Moeder@usdoj.gov

        /s/ *Peter M. Carter*
        Peter Michael Carter
        Federal Public Defender
        District of New Jersey
        1002 Broad Street
        Newark, New Jersey 07102
        973-693-4995
        peter_carter@fd.org

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-CR-00668-TNM** |
| | : | |
| **MICK CHAN,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Based upon the representations in the Joint Motion to Continue Plea Agreement Hearing and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, the Court makes the following findings:

Defendant is charged by Information with offenses related to crimes that occurred at the United States Capitol on January 6, 2021. The parties are engaged in plea negotiations, but that process remains ongoing and additional time is needed to finalize an agreement. Accordingly, the parties filed a Joint Motion to Continue the plea agreement hearing set for March 25, 2022, and further requested that this Court toll the Speedy Trial Act from the date this Court enters an Order on this motion through and including the date of the next hearing.

The Court agrees that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A) based on the factors described in 18 U.S.C. § 3161(h)(7)(B)(i)(ii) and (iv).

Therefore, it is this _____ day of _____, 2022,

**ORDERED** that the Joint Motion to Continue Plea Agreement Hearing and to Exclude Time Under the Speedy Trial Act, is GRANTED; it is further

**ORDERED** that this proceeding is continued to _____, 2022, at _____

_____; and it is further

**ORDERED** that the time from the date of this Order through and including the date of the next hearing is hereby excluded from the computation of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

_____
THE HONORABLE TREVOR N. MCFADDEN
UNITED STATES DISTRICT JUDGE