UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 21-CR-00668-TNM |
| MICK CHAN, | : |
| Defendant. | : |

## ORDER

Based upon the representations in the Joint Motion to Continue Plea Agreement Hearing and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, the Court makes the following findings:

Defendant is charged by Information with offenses related to crimes that occurred at the United States Capitol on January 6, 2021. The parties need additional time to finalize the plea agreement. Accordingly, the parties filed a Joint Motion to Continue the plea agreement hearing set for April 29, 2022, and further requested that this Court toll the Speedy Trial Act from the date this Court enters an Order on this motion through and including the date of the next hearing.

The Court agrees that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A) based on the factors described in 18 U.S.C. § 3161(h)(7)(B)(i)(ii) and (iv).

Therefore, it is this 27th day of April, 2022,

**ORDERED** that the Joint Motion to Continue Plea Agreement Hearing and to Exclude Time Under the Speedy Trial Act, is GRANTED; it is further

**ORDERED** that this proceeding is continued to May 27th, 2022, at 4 PM; and it is further

**ORDERED** that the time from the date of this Order through and including the date of the next hearing is hereby excluded from the computation of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

_____
THE HONORABLE TREVOR N. MCFADDEN
UNITED STATES DISTRICT JUDGE