AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-mj-688 (TNM) |
| Mick Chan | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mick Chan

Date: 11/04/2022

*Attorney's signature*

Shishene Jing CA Bar #: 315067
*Printed name and bar number*
1002 Broad St.
Newark, NJ 07102

*Address*

shishene_jing@fd.org
*E-mail address*

973-522-0070
*Telephone number*

973-522-0070
*FAX number*