AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Mick Chan<br>*Defendant* | )<br>)<br>) Case No. 21-cr-0668-TNM<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mick Chan

Date:   11/04/2022

*Attorney's signature*

Shishene Jing CA Bar #: 315067
*Printed name and bar number*

1002 Broad St.
Newark, NJ 07102
*Address*

shishene_jing@fd.org
*E-mail address*

973-522-0070
*Telephone number*

973-522-0070
*FAX number*