CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )
                            )
              vs.           )   Criminal Case No.: 21-668 (TNM)
                            )
MICK CHAN                   )
                            )
                            )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_Kath E Boyles_
Assistant United States attorney
Katherine E. Boyles

Approved:

_____          Date: _____

Trevor N. McFadden
United States District Judge

RECEIVED 2022 DEC 12 PM 12:10 U.S. ATTORNEY'S OFFICE NEW HAVEN, CONNECTICUT