| Government | ✓ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES OF AMERICA

VS.

MICK CHAN

Criminal No. 1:21-cr-668-TNM

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **Capitol Building and Grounds** | | | | |
| 001 | USCP CCV Video Montage | 1/23/2023 | 1/23/2023 | Ronald Ortega | |
| 002 | House and Senate Video Montage | " | " | Ronald Ortega | |
| 003 | Restricted Perimeter | " | " | | |
| 004 | Capitol Building – 3D Map | " | " | | |
| 005 | Capitol Building – 3D Map with labels | " | " | Ronald Ortega | |
| 006 | Photograph of the Capitol | " | " | Ronald Ortega | |
| 007 | Photograph of "Area Closed" signs | " | " | Ronald Ortega | |
| 008 | Photograph of "Area Closed" signs | " | " | Ronald Ortega | |

1

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 008 | Photograph of "Area Closed" signs (Duplicate) | | | | |
| 009 | Photograph of "Area Closed" signs | 1/23/2023 | 1/23/2023 | Ronald Ortega | |
| 010 | Photograph of "Area Closed" signs | " | " | Ronald Ortega | |
| 011 | Closure of West Front Police Order | " | " | Ronald Ortega | |
| 012 | Ground Closure Announcement | " | " | Ronald Ortega | |
| | **Legal Authority** | | | | |
| 101 | U.S. Constitution, Amendment XII | " | " | | |
| 102 | 3 U.S.C. § 15 | " | " | | |
| 103 | 3 U.S.C. § 16 | " | " | | |
| 104 | 3 U.S.C. § 17 | " | " | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 105 | 3 U.S.C. § 18 | 1/23/2023 | 1/23/2023 | | |
| 106 | Concurrent Resolution | " | " | | |
| | **United States Capitol Police CCV Video** | | | | |
| 201 | 0925 E USCG Upper Terrace West | " | " | Ronald Ortega | |
| 201a | 0925 - 00:04 screenshot | " | " | Ronald Ortega | |
| 201b | 0925 - 00:11 screenshot | " | " | Ronald Ortega | |
| 201c | 0925 - 00:22 screenshot | " | " | Ronald Ortega | |
| 202 | 0912 - USCS 01 Upper West Terrace Door-2021-01-06_14h45min40s000ms.asf | " | " | Ronald Ortega | |
| 202a | 0912 - 00:09 screenshot | " | " | Ronald Ortega | |
| 202b | 0912 - 00:11 screenshot | " | " | Ronald Ortega | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 203 | 0126 - USCS 01 Upper West Terrace- 2021-01-06_14h46min00s000ms.asf | 1/23/2023 | 1/23/2023 | Ronald Ortega | |
| 203a | 0126 – 00:01 screenshot | " | " | Ronald Ortega | |
| 204 | 0960 - USCD 02 Rotunda North-2021-01-06_14h47min09s000ms.asf | " | " | Ronald Ortega | |
| 204a | 0960 – 1447 – 00:37 screenshot | " | " | Ronald Ortega | |
| 205 | 0959 - USCD 02 Rotunda South-2021-01-06_14h47min32s000ms.asf | " | " | Ronald Ortega | |
| 205a | 0959 – 1447 – 00:05 screenshot | " | " | Ronald Ortega | |
| 205b | 0959 – 1447 – 00:15 screenshot | " | " | Ronald Ortega | |
| 206 | 7029 - USCS 02 Rotunda Door Interior-2021-01-06_14h51min54s000ms.asf | " | " | Ronald Ortega | |
| 206a | 7029 – 1451 – 00:28 screenshot | " | " | Ronald Ortega | |
| 206b | 7029 – 1451 – 00:31 screenshot | " | " | Ronald Ortega | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 207 | 0959 - USCD 02 Rotunda South-2021-01-06_14h53min25s000ms.asf | 1/23/2023 | 1/23/2023 | Ronald Ortega | |
| 207a | 0959 - 1453 - 01:05 screenshot | " | " | Ronald Ortega | |
| 208 | 7029 - USCS 02 Rotunda Door Interior-2021-01-06_14h55min29s000ms.asf | " | " | Ronald Ortega | |
| 208a | 7029 - 1455 - 01:12 screenshot | " | " | Ronald Ortega | |
| 208b | 7029 - 1455 - 03:05 screenshot | " | " | Ronald Ortega | |
| 209 | 0959 - USCD 02 Rotunda South-2021-01-06_15h00min20s000ms.asf | " | " | Ronald Ortega | |
| 209a | 0959 - 1500 - 00:10 screenshot | " | " | Ronald Ortega | |
| 210 | 0959 - USCD 02 Rotunda South-2021-01-06_15h01min21s000ms.asf | " | " | Ronald Ortega | |
| 211 | 7029 - USCS 02 Rotunda Door Interior-2021-01-06_15h12min20s000ms.asf | " | " | Ronald Ortega | |
| 211a | 7029 - 1512 - 01:28 screenshot | " | " | Ronald Ortega | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **Open Source Videos** | | | | |
| 301 | Chan 12 – News2Share Video | 1/23/2023 | 1/23/2023 | Ronald Ortega | |
| 301a | Chan 12 – 00:23 screenshot | " | " | Ronald Ortega | |
| 301b | Chan 12 – 00:25 screenshot | " | " | Ronald Ortega | |
| 301c | Chan 12 – 00:27 screenshot | " | " | Ronald Ortega | |
| 301d | Chan 12 – 00:33 screenshot | " | " | Ronald Ortega | |
| 301e | Chan 12 – 02:35 screenshot | " | " | Ronald Ortega | |
| 301f | Chan 12 – 00:39 screenshot | " | " | Ronald Ortega | |
| 302 | Chan 19 – Handheld on W Plaza and NW Stair Video | " | " | Ronald Ortega | |
| 302a | Chan 19 – 01:48 screenshot | " | " | Ronald Ortega | |

6

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 302b | Chan 19 – 01:57 screenshot | 1/23/2023 | 1/23/2023 | Ronald Ortega | |
| 302c | Chan 19 – 02:27 screenshot | " | " | Ronald Ortega | |
| 302d | Chan 19 – 03:04 screenshot | " | " | Ronald Ortega | |
| 302e | Chan 19 – 03:28 screenshot | " | " | Ronald Ortega | |
| 303 | Chan 17 – Handheld on W Plaza and NW Stair Video | " | " | Ronald Ortega | |
| 303a | Chan 17 – 00:02 screenshot | " | " | Ronald Ortega | |
| 303b | Chan 17 – 00:07 screenshot | " | " | Ronald Ortega | |
| 303c | Chan 17 – 02:59 screenshot | " | " | Ronald Ortega | |
| 303d | Chan 17 – 04:34 screenshot | " | " | Ronald Ortega | |
| 304 | Chan 22 – Handheld at base on NW stairs | " | " | Ronald Ortega | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 304a | Chan 22 – 00:01 screenshot | 1/23/2023 | 1/23/2023 | Ronald Ortega | |
| 304b | Chan 22 – 00:21 screenshot | " | " | Ronald Ortega | |
| 304c | Chan 22 – 01:22 screenshot | " | " | Ronald Ortega | |
| 305 | Chan 16 – Handheld on W Plaza and NW Stairs Video | " | " | Ronald Ortega | |
| 305a | Chan 16 – 00:06 screenshot | " | " | Ronald Ortega | |
| 305b | Chan 16 – 06:20 screenshot | " | " | Ronald Ortega | |
| 305c | Chan 16 – 06:35 screenshot | " | " | Ronald Ortega | |
| 306 | Chan 21 – Handheld on UWT | " | " | Ronald Ortega | |
| 306a | Chan 21 – 00:03 screenshot | " | " | Ronald Ortega | |
| 307 | East Front Stairs Video | " | " | Ronald Ortega | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 307a | East Front Stairs Video – 01:24 screenshot | 1/23/2023 | 1/23/2023 | Ronald Ortega | |
| 308 | Chan 15 – Handheld inside Rotunda Video | " | " | Ronald Ortega | |
| 308a | Chan 15 – 00:58 screenshot | " | " | Ronald Ortega | |
| 308b | Chan 15 – 01:03 screenshot | " | " | Ronald Ortega | |
| 309 | Chan 13 – Inside the Rotunda Door Handheld Video | " | " | Ronald Ortega | |
| 309a | Chan 13 – 34:43 screenshot | " | " | Ronald Ortega | |
| | **Metropolitan Police Body Worn Camera** | | | | |
| 400 | Chan 20 – Body Worn Camera 6039 | " | " | Ronald Ortega | |
| 400a | Chan 20 – 20:37 screenshot | " | " | Ronald Ortega | |
| | **Defendant's Interview** | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 500 | Video Interview | 1/23/2023 | 1/23/2023 | Spencer Evenson | |
| 500T | Interview Transcript | " | " | | |
| 501 | Miranda Waiver | " | " | | |
| 502 | Identification Photograph | " | " | Spencer Evenson | |
| | **Stipulations** | | | | |
| 600 | Capitol Building and Grounds | " | " | | |
| 601 | Certification of Electoral College | " | " | | |
| 602 | Identity | " | " | Ronald Ortega | |
| 603 | USCP CCTV | " | " | | |
| 604 | House & Senate Recording Studio | " | " | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 605 | Authenticity of Video Evidence | 1/23/2023 | 1/23/2023 | | |
| 606 | Stipulation regarding U.S. Secret Service Special Agent Elizabeth Glavey Testimony | " | " | | |
| 607 | Transcript of Testimony of U.S. Secret Service Special Agent Elizabeth Glavey from *United States v. Brock*, 21-cr-140 | " | " | | |
| | | | | | |
| | | | | | |