| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| **Court** | ☐ |

United States

**VS.**

Mick Chan

Civil/Criminal No.   1:21-cr-668 (TNM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| A | Photo - Chan Phone – 1/6/21 - 1:09pm 63164938025__AFF00FCE-908D-4586-A7D3-7E4E6DD725F7.JPG | 1/23/2023 | 1/23/2023 | Mick Chan | |
| B | Photo - Chan Phone - 1/6/21 - 1:11pm IMG_9084.PNG | " | " | | |
| C | Photo - Chan Phone - 1/6/21 - 1:18pm IMG_9085.JPG | " | " | Mick Chan | |
| D | Photo - Chan Phone - 1/6/21 - 1:19pm IMG_9086.JPG | " | " | Mick Chan | |
| E | Photo - Chan Phone - 1/6/21 - 1:19pm IMG_9087.JPG | " | " | Mick Chan | |
| F | Video - Chan Phone - 1/6/21 - 1:20pm IMG_9088.MOV | " | " | Mick Chan | |
| G | Video - Chan Phone - 1/6/21 - 1:21pm IMG_9089.MOV | " | " | Mick Chan | |
| H | Photo - Chan Phone - 1/6/21 - 1:25pm IMG_9090.JPG | " | " | | |
| I | Video - Chan Phone - 1/6/21 - 1:25pm IMG_9091.MOV | " | " | Mick Chan | |
| J | Video - Chan Phone - 1/6/21 - 1:30pm IMG_9092.MOV | " | " | Mick Chan | |

| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| Court | ☐ |

United States

**VS.**

Mick Chan

**Civil/Criminal No.**  1:21-cr-668 (TNM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| K | Video - Chan Phone - 1/6/21 - 1:34pm IMG_9093.MOV | 1/23/2023 | 1/23/2023 | Ronald Ortega Mick Chan | |
| L | Video - Chan Phone - 1/6/21 - 1:37pm IMG_9095.MOV | " | " | Ronald Ortega Mick Chan | |
| M | Video - Chan Phone - 1/6/21 - 1:47pm IMG_9096.MOV | " | " | Mick Chan | |
| N | Video - Chan Phone - 1/6/21 - 1:50pm IMG_9097.MOV | " | " | Ronald Ortega Mick Chan | |
| O | Photo - Chan Phone - 1/6/21 - 1:55pm IMG_9098.JPG | " | " | Ronald Ortega Mick Chan | |
| P | Video - Chan Phone - 1/6/21 - 2:02pm IMG_9099.MOV | " | " | Mick Chan | |
| Q | Video - Chan Phone - 1/6/21 - 2:12pm IMG_9100.MOV | " | " | Mick Chan | |
| R | Video - Chan Phone - 1/6/21 - 2:13pm IMG_9102.MOV | " | " | Mick Chan | |
| S | Photo - Chan Phone - 1/6/21 - 2:14pm IMG_9104.JPG | " | " | Mick Chan | |
| T | Photo - Chan Phone - 1/6/21 - 2:26pm IMG_9105.JPG | " | " | Mick Chan | |

| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| Court | ☐ |

United States

**VS.**

Mick Chan

Civil/Criminal No.   1:21-cr-668 (TNM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| U | Photo - Chan Phone - 1/6/21 - 2:29pm IMG_9106.JPG | 1/23/2023 | 1/23/2023 | Mick Chan | |
| V | Photo - Chan Phone - 1/6/21 - 2:30pm IMG_9107.JPG | 1/23/2023 | 1/23/2023 | | |
| W | Photo - Chan Phone - 1/6/21 - 2:30pm IMG_9109.JPG | " | " | | |
| X | Photo - Chan Phone - 1/6/21 - 2:30pm IMG_9110.JPG | " | " | | |
| Y | Photo - Chan Phone - 1/6/21 - 2:32pm IMG_9111.JPG | " | " | | |
| Z | Photo - Chan Phone - 1/6/21 - 2:33pm IMG_9112.JPG | " | " | | |
| AA | Photo - Chan Phone - 1/6/21 - 2:37pm IMG_9114.JPG | " | " | | |
| BB | Photo - Chan Phone - 1/6/21 - 2:38pm IMG_9115.JPG | " | " | | |
| CC | Photo - Chan Phone - 1/6/21 - 2:38pm IMG_9116.JPG | " | " | | |
| DD | Photo - Chan Phone - 1/6/21 - 2:38pm IMG_9117.JPG | " | " | | |

| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| Court | ☐ |

United States

VS.

Mick Chan

Civil/Criminal No. __1:21-cr-668 (TNM)__

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| EE | Photo - Chan Phone - 1/6/21 - 2:41pm IMG_9118.JPG | 1/23/2023 | 1/23/2023 | Mick Chan | |
| FF | Video - Chan Phone - 1/6/21 - 2:44pm IMG_9120.MOV | " | " | Mick Chan | |
| GG | Photo - Chan Phone - 1/6/21 - 2:45pm IMG_9122.JPG | " | " | Mick Chan | |
| HH | Photo - Chan Phone - 1/6/21 - 2:45pm IMG_9123.JPG | " | " | | |
| II | Photo - Chan Phone - 1/6/21 - 2:45pm IMG_9124.JPG | " | " | Mick Chan | |
| JJ | Photo - Chan Phone - 1/6/21 - 2:46pm IMG_9125.JPG | " | " | Mick Chan | |
| KK | Photo - Chan Phone - 1/6/21 - 2:46pm IMG_9126.JPG | " | " | Mick Chan | |
| LL | Photo - Chan Phone - 1/6/21 - 2:47pm IMG_9127.JPG | " | " | Mick Chan | |
| MM | Video - Chan Phone - 1/6/21 - 2:47pm IMG_9128.MOV | " | " | Mick Chan | |
| NN | Photo - Chan Phone - 1/6/21 - 2:50pm IMG_9130.JPG | " | " | Mick Chan | |

| | | |
|---|---|---|
| Government | ☐ | |
| Plaintiff | ☐ | |
| Defendant | ☑ | |
| Joint | ☐ | |
| Court | ☐ | |

United States

**VS.**

Mick Chan

Civil/Criminal No. __1:21-cr-668 (TNM)__

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| OO | Photo - Chan Phone - 1/6/21 - 2:53pm IMG_9131.JPG | 1/23/2023 | 1/23/2023 | Mick Chan | |
| PP | Photo - Chan Phone - 1/6/21 - 2:58pm IMG_9132.JPG | 1/23/2023 | 1/23/2023 | Mick Chan | |
| QQ | Photo - Chan Phone - 1/6/21 - 3:14pm IMG_9133.JPG | " | " | Mick Chan | |
| RR | Photo - Chan Phone - 1/6/21 - 3:14pm IMG_9134.JPG | " | " | | |
| SS | Photo - Chan Phone - 1/6/21 - 3:14pm IMG_9135.JPG | " | " | Mick Chan | |
| TT | Photo - Chan Phone - 1/6/21 - 3:15pm IMG_9136.JPG | " | " | Mick Chan | |
| UU | Photo - Chan Phone - 1/6/21 - 3:16pm IMG_9137.JPG | " | " | | |
| VV | Photo - Chan Phone - 1/6/21 - 3:35pm IMG_9138.JPG | " | " | | |
| WW | Photo - Chan Phone - 1/6/21 - 3:36pm IMG_9139.JPG | " | " | | |
| XX | Photo - Chan Phone - 1/6/21 - 4:00pm IMG_9140.JPG | " | " | | |

| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| **Court** | ☐ |

United States

**VS.**

Mick Chan

Civil/Criminal No. **1:21-cr-668 (TNM)**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| YY | Photo - Chan Phone - 1/6/21 - 4:10pm IMG_9141.JPG | 1/23/2023 | 1/23/2023 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |