Dear Honorable Judge McFadden,

My name is Diane Chan, I'm the oldest sibling of Mick Chan. I am 47 years old and 5 years older than Mick. I've been a single mother of two boys for more than 15 years. My two boys are now 21 & 18 years old. One is in his third year in college and the younger one is a senior in high school.

I'm currently working in a Chinese restaurant in Atlanta as a manager. I work 10 to 12 hours a day and more than 60 hours a week supporting myself, my two boys and my dad who just turned 70 this year.

Both Mick and I were born in China. When Mick was few months old we (mom, my sister Sophia and Mick) moved to Hong Kong in 1981 and united with our dad who was in H.K. since the late 70s. We grew up together in Hong Kong for almost 8 years from 1981 to 1989.

In February 1989, mom took my sister Sophia and I to the U.S. and left our two younger brothers Mick (8 years old) and Patrick (6 years old) with relatives in Hong Kong. They didn't know they would never see their mom again.

When mom took her own life on August 19, 1989. I was 13 years old and our sister Sophia was 12. Mick was only 8 years old and Patrick was only 6 years old. Mick didn't come to the U.S. until one year after mom's funeral. He didn't even know mom passed away until he figured it out himself after he arrived in America. No one talked to him about it and none of us know how to tell him. We were all vulnerable emotionally, especially both our little brothers Mickey and Patrick.

It was summer of 1990. When I heard that Miu Miu (which is Mick, that's how we called our little brother even now, it's his Chinese name and mom named it for him) is coming to the U.S. I got very emotional. I missed our little Miu Miu so much. Yes I cried. I asked dad for money and got Mick more than enough gifts which filled up our living room with presents only for Mick including a very special human size talking Mickey Mouse. We recorded our voice into the Mickey Mouse before Miu Miu arrived home in Edison, NJ. My little brother Mick got attached to the Mickey Mouse so I named him Mickey, that's how he got his name Mick.

I can't believe I'm crying writing this. I need a break.

I knew the toys and anything external would not replaced the sudden and unexpected loss of our mother. It will always leave a hole in our heart.

Mick became strong man who's been hurt from very young age due to the loss of our mom. He was always a good student and never cause any trouble at home or in schools. He loves to read and study. Getting As in classes is never a problem for him. He also do exceptionally well with playing puzzles. On weekends we love playing Nintendo and Monopoly together. Many nights at home I would hear my brothers screaming watching NBA. Mick's favorite team was Chicago Bulls.

Our dad remarried in 1992 and we had a little baby sister in 1993. Dad never home he's usually working in New York or in Atlantic City. He loves to gamble. Many times we stayed overnight on weekends and holidays in Trump Taj Mahal and other casino hotels. That's where I met our future President of United States Donald Trump in the elevator at Taj Mahal when I was 16 or 17. Around that time I got an offer to work as an assistant for the Asian Marketing team for Trump Taj Mahal.

Mick got an invitation from Columbia University for an interview and he also got accepted to University of Illinois in 1998 and studied Architect for almost two years. Unfortunately he couldn't afford tuition at the end of second year. I remembered he asked me for money a few times in early 2000 when we just opened our Chiness Buffet restaurant in Atlanta, GA. I gave him some but not enough to cover everything including the college tuition.

The other reason Mick loves to be in Chicago because of Micheal Jordan's Chicago Bulls. My ex husband sold our small Chinese restaurant in Berlin, NJ summer of 1998 and we went to China and Hong Kong for Christmas the same year visiting family. While in China I got some Michael Jordon sporting goods for Mick.

After Mick dropped out of college, he came to Atlanta and my ex husband taught him how to make sushi at our buffet restaurant. He hardly praised anyone he taught but he told me Mick was doing exceptionally well. Beside  my ex husband, some customers including the ones who have knowledge about sushi also told me they love the sushi Mick presented.

I remember in the winter of 2000 Mick saw an abandoned cat on the street and he rescued him. He fed him w/ food and took care of him. He also brought a ticket for the cat to fly with him to NY/NJ even though he didn't have much money at the time. It wasn't the only time Mick did something like that to an abandoned animals. I know he will always do the right things. If someone left a wallet with money in it or left any valuables he would never take the money or kept anything for himself. He will find a way including calling the police to find the owner and gave everything back. I know for sure he is an extremely honest human being.

There are always some kind people in this world who silently give and warm the world with their own actions. Mick is one of those people.

Eventually Mick left Atlanta and went to New York and work there for many years. I knew it was very hard for him all these years without any support emotionally spiritually and financially. I myself was struggling being a single mom with two young boys at the time. I didn't know how to help my two brothers when I need some support myself. I kept going by knowing what doesn't kill you make you stronger.

In 2015, our sister Sophia told Mick there was an Asian sushi restaurant hiring in Highlands, NC so Mick started working there that year. In Highlands Mick made many new friends. I visited him with my two sons almost every year since it's only 3 hours away from us in Atlanta. He took us to the restaurants he was working for and we met the owners and coworkers there. It seems like he knows everyone on Main Street there and everyone knows him. Everyone we met was very welcoming and respectful to Mick. Mick was very generous he took us to a fine dining

restaurant where he worked part time and paid for all our meals. It was a wonderful dinner I will never forget.

In 2016 or 2017 I went to see Mick in Highlands. He told me an Asian couple was retiring and want to sell their small buffet restaurant nearby for a reasonable price. We went to see the restaurant and talked to the owner. Mick was interested to take it over but it was purchased shortly after by someone else.

Mick left Highlands in late March 2020 due to Covid, there were no more work for him when all the restaurants he worked for shut down temporarily. I was also free from work due to Covid that month so I drove to Highlands to help Mick cleaned up and packed.
Mick told me he was leaving Highlands to New York to donate his plasma at the end of March 2020. He thinks it would help others who may need it at the critical time. I was worried about he's going to New York when I dropped him off at Atlanta airport because everyone was leaving New York that time due to high Covid cases.

Mick never intent to apply for unemployment benefits when everyone was applying in 2020. After arrived in New York, he found a Michelin Star restaurant where he end up working for a few months in Manhattan.

In late December 2020 Mick told me he was going to Washington D.C. with some friends for a few days. I was planning to meet him there but end up having to work. I wanted to go there to witness history, it would be a once in a lifetime experience for me.

In April 2021 Angela who used to be manager at our buffet restaurant back in early 2000 was looking for a manager at her busy restaurant in Asheville, NC. I called Mick if he's available to work for Angela. Mick started working in Asheville for 4/5 months until he was hired by the most expensive restaurant Alinea in Chicago. It was Mick's dream come true.

The most expensive restaurant in Chicago is Alinea.
Alinea named the world's best restaurant by Elite Traveler and the best in North America by The World's 50 Best Restaurants, Alinea earned its 3-Star rating in the Michelin guide, making it one of only 14 restaurants in the United States with the honor.

At about the same time Mick's friend Todd took over a restaurant in Highlands, NC and wanted to hire Mick as the main chef in his newly renovating restaurant. Mick agreed to help him. Unfortunately Todd accidentally passed away before the restaurant was opened. Mick went to his funeral that year.

I drove Mick back to Highlands, NC beginning of February this year after his court date in January in D.C. He went back there to get his belongings left at Todd's friend garage. While in Highlands, Mick went to visit some of his friends and former bosses. They all asked if he could come back and work there. Mick seems very popular in Highlands, NC. I think he's interested to go back to work there but he's also worried about his future due to his circumstances.

If given opportunity I believe Mick would become one of the best chef in the world. In spare time he like to play puzzles and loves to read about cooking related books. When choosing where he works he doesn't go there because it get better pay but would rather get paid less for more learning opportunities to advance his cooking skill.

I am very proud of my little Miu Miu grew up to be a humble tender and soft hearted person. He never hurt anyone verbally or violently. He never lied and never cheated. He hardly got mad or angry at anyone. He never complained much and doesn't judge anyone. He has a gentle soul and became a man of integrity and honesty.

I know from the bottom of my heart my brother Mick didn't go to Washington D.C. on January 6th to commit any crime. He may had unintentionally made some mistakes without knowing he did. I still think he deserves forgiveness and understanding considering there were so much confusion going on that day. Anyone including myself could have been in that same situation and not knowing we might commit something serious.

We all made some mistakes one way or the others. No one is perfect including myself and my brother Mick. I believe all of us deserve a chance.

I am proud to have a younger brother who is caring and not greedy. He is dedicated to love and takes his work very seriously.

I will always love him, protect him and support him.

Thank you very much for all of you who gave me this opportunity to express my feelings and point of views  regarding this matter.


Sincerely,
Diane Chan
May 2, 2023


P. S.


一個人最大的本事就是學會看人

我們吃過很多的虧
都是因為看人不準

有的人性格寫在臉上
有的人深不可測

話少不一定傻
嘴甜不一定善

一個人的真心不在嘴上
而在心上

有人能言善辯
卻不一定真心待人

有人不善言辭
却能辦事真誠

看一個人
不要看他説了什麼
要看他具體的做了什麼

不想用語言表達的東西
往往才是他最真實的想法

A person's greatest ability is to learn how to read a persons mind.

Many times, when we have experienced losses frequently.

It's due to our inability to accurately read other people's thoughts.

Some people have their personalities written clearly on their face.

Some people are unfathomable.

Having few words is not necessarily a sign of stupidity. Or ignorance.

A sweet mouth is not necessarily an accurate reflection of a person's true intentions.

Judging a person's sincerity doesn't come from hearing their words, but from finding what's inside their heart.

Some people can speak with much eloquence, but be completely absent of any sincerity.

Some people are not good with their words, but they can still act out with honesty.

To accurately judge a person, don't solely listen to what they say, but also include what they have done.

What he might not be willing to express in words, they might instead be secretly be revealing their true thoughts and intentions in subtle less obvious ways.

在這個世界上總是有一些善良的人 他們默默的付出 用自己的行動溫暖著這個世界

There are always some kind people in this world who silently give and warm the world with their own actions.

我很自豪有一個做人有愛心又不貪心的弟弟。他對愛情專一不花心，對工作非一般認真。

我願意永遠愛他保護他支持他。

I am very proud to have a younger brother who is caring and not greedy. He is dedicated to love and takes his work very seriously.

I will always love him, protect him and support him.

心存善念之人 必有善報

Those who have good intentions will be rewarded with good intentions.

只有自己內心足夠強大，所有事都是雞毛蒜皮不叫事。

Only if you are strong enough inside, everything is trivial.

弱者易怒如虎，強者平靜如水，真正厲害的人早已戒掉了情緒。情緒就像心魔，你不控制它，它便吞噬你。情緒穩定是一個人的頂級修養，一個人情緒穩定的背後，是實力，也是格局，簡單事不爭吵，複雜事不煩惱，發火時不講話，生氣時不決策。

The weak are as irritable as a tiger, the strong are as calm as water, and the really powerful have already quit their emotions. Emotions are like demons. If you don't control it, it will devour you. Emotional stability is a person's top cultivation. Behind a person's emotional stability is strength and pattern. Simple things do not quarrel, complex things do not worry, do not speak when angry, and do not make decisions when angry.

如果你的事業或者人生陷入困境，不外乎這三個原因

第一、不明事，無法發現事情背后的真相；

第二、不明人，不明白人言行背後的動機；

第三、不明己，陷入各種情緒和欲望輪回。

If your career or life is in trouble, it is nothing more than these three reasons.

First: You don't know, you can't find the truth behind the matter.

Second: don't understand the motives behind people's words and deeds.

Third: don't understand yourself and fall into the reincarnation of all kinds of emotions and desires.