UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Cr. No. 21-668 (TNM) |
| MICK CHAN, | : |
| Defendant. | : |

**MOTION TO DELAY REPORT DATE UNTIL ON OR AFTER JULY 30, 2023**

Mr. Chan, through undersigned counsel, respectfully asks that the Court delay his report date, which is set for June 6, 2023, to a date on or after July 30, 2023.  Mr. Chan has family and personal matters to resolve.  He would like the opportunity to handle some personal affairs before reporting to serve his 3 month sentence. Specifically, he is looking to rent out his apartment and would like to make arrangements for the care of his aging father.  Counsel has consulted with the government and the government counsel has no objections.  Counsel has also attached an Order should the Court prefer.

Respectfully submitted,

K. Anthony Thomas
FEDERAL PUBLIC DEFENDER

_____/s/_____
SHISHENE JING
Assistant Federal Public Defender 625
1002 Broad St.
Newark, NJ 07102