# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 21-668 (TNM) |
| v. : | |
| : | CONSENT ORDER |
| MICK CHAN : | |

This matter having come before the Court on the application of the defendant, Mick Chan, through his attorneys, the Office of the Federal Public Defender (by Shishene, Assistant Federal Public Defender, appearing) for an Order extending the date that Mr. Chan has been ordered to voluntarily surrender to the Bureau of Prisons.

IT IS on this 30th day of May 2023,

ORDERED that the voluntary surrender date of June 6, 2023, be extended until July 30, 2023.

_____
HONORABLE TREVOR N. MCFADDEN
United States District Judge