UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **MICK CHAN**, <br><br> Defendant. | Case No. 1:21-cr-668-TNM |

**ORDER**

Defendant Mick Chan was convicted of three misdemeanor charges arising from his conduct on January 6, 2021.  This Court then sentenced him to three months imprisonment and twelve months' probation.  It also granted a motion to extend his initial surrender date.  Chan now moves for release pending appeal, arguing that his case "raises a substantial question of law or fact."  *See* Def.'s Mot. for Release Pending Appeal, ECF No. 70.

Chan plans to argue on appeal that this Court did not properly consider the 18 U.S.C. § 3553(a) factors when sentencing him.  *See id.* at 5.  Specifically, he claims that this Court "failed to appreciate the impact of [his] extensive history of neglect and abandonment on [his] emotional and social development and decision-making."  *Id.* at 7.  And Chan argues that proper consideration of this history would have led to a non-custodial sentence.  *See id.*

A "substantial question" on appeal is a "close question or one that very well could be decided the other way."  *United States v. Perholtz*, 836 F.2d 554, 555 (D.C. Cir. 1987) (cleaned up).  Chan protests that the Court did not adequately factor in his childhood circumstances in sentencing him.  On the contrary, the Court carefully considered his sentencing memorandum, including the portion discussing childhood neglect.  However, it reasoned at sentencing that these adversities do not have much relevance to Chan's conduct as a middle-aged man.  The

1

Court found his feelings of isolation and fixations with online communities during the COVID-19 pandemic more probative when assessing why he acted as he did on January 6.

For all these reasons, it is hereby **ORDERED** that the Defendant's [70] Motion for Release Pending Appeal is **DENIED**.

**SO ORDERED**.

Dated: July 24, 2023                                                                  TREVOR N. McFADDEN, U.S.D.J.